UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
HIGH VOLTAGE PRODUCTIONS, LTD.,

                      Plaintiff(s),

             -against-

YORKTOWN MOTORS, INC.,
AUTOFEST GROUP, LLC,

                    Defendant(s).
---------------------------------------------------------X

**SCHEDULING ORDER**

03 Cv. 5484 (CLB) (MDF)

Brieant, J.

      The above entitled case having been reassigned, a status conference of counsel be held in Courtroom 218, U.S. Courthouse, 300 Quarropas Street, White Plains, New York on October 2, 2007 at 9:15 A.M.

SO ORDERED.

Dated: White Plains, New York
       October 19, 2007

                                              *Charles L. Brieant*
                                          Charles L. Brieant, U.S.D.J.